

**Littler Mendelson P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2021
```

Kimberly N. Dobson
631.247.4734 direct
631.247.4700 main
kdobson@littler.com

August 5, 2021

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

       Re:    **Searcy v. Battery Park City Authority**
               <u>Case No.: 21-cv-3725 (MKV)</u>

Dear Judge Vyskocil:

       This firm represents Defendant Battery Park City Authority in the above-referenced matter.  We write seeking an extension through Monday, August 9, 2021 to submit a joint letter in advance of Initial Pretrial Conference scheduled for Thursday, August 12, 2021 at 11:30 a.m.  This is the first request for an extension of this deadline.  The parties have discussed the content of the letter and Plaintiff's counsel has provided the undersigned with Plaintiff's portion of the letter for submission.  We respectfully request the brief extension to finalize Defendant's portion of the letter for submission.  The proposed Civil Case Management Plan and Scheduling Order is being filed simultaneously with this letter request.

       Thank you for your time and consideration of this request.

Respectfully submitted,

LITTLER MENDELSON P.C.

*/s/ Kimberly N. Dobson*

Lisa M. Griffith
Kimberly N. Dobson

cc:    All Counsels of Record (ECF)

> **GRANTED. The parties must submit the joint letter by Monday, August 9, at 5:00PM. SO ORDERED.**
>
> Date: 8/6/2021        *Mary Kay Vyskocil*
> New York, New York     Mary Kay Vyskocil
>                                     United States District Judge

4811-7698-2773.1 / 104405-1006

littler.com