

Littler Mendelson P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747

Kimberly N. Dobson
631.247.4734 direct
631.247.4700 main
kdobson@littler.com

April 14, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/15/2022
```

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

Re:   Searcy v. Battery Park City Authority
      Case No.: 21-cv-3725 (MKV)

Dear Judge Vyskocil:

This firm represents Defendant Battery Park City Authority in the above-referenced matter.  We write, with consent of counsel for Plaintiff, to request an adjournment of the status conference currently scheduled for Thursday, April 21, 2022 at 10:30 a.m.  This adjournment is requested because my three small children are out of school on Spring Break next week and I was unable to secure someone to watch them on that date.  This is the first time an adjournment of this conference has been requested and this request will not impact any other deadlines in this case.

Thank you for your time and consideration of this request.

Respectfully submitted,

LITTLER MENDELSON P.C.

*/s/ Kimberly N. Dobson*

Kimberly N. Dobson

cc:   All Counsels of Record (ECF)

4811-7698-2773.1 / 104405-1006

> The conference that was scheduled to take place on April 21, 2022 is ADJOURNED.  The parties shall file on ECF the joint status letter that was due on April 14, 2022, along with any pre-motion submissions, by noon on April 19, 2022. The parties shall simultaneously submit via email to Chambers, for the Court's *in camera* review, all information necessary for the Court to resolve the dispute described in the letter at docket entry 29. Further failures to comply with the Court's orders and Individual Rules may result in sanctions. The Clerk of Court is respectfully requested to terminate the letter motions at docket entries 29 and 30.
>
> Date:  April 15, 2022
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge

littler.com