



Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747

Kimberly Dobson
631.247.4734 direct
631.247.4700 main
kdobson@littler.com

December 6, 2023

**VIA ECF**
Hon. Jessica G.L. Clarke
US District Court - Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Ikida Searcy v. Battery Park City Authority*, Case No. 21-cv-3725

Dear Judge Clarke:

This firm represents Defendant Battery Park City Authority in the above-referenced matter. We write, with consent of counsel for Plaintiff, to request that the deadline for commencing the summary judgment motion process is held in abeyance while the Parties continue settlement discussion. This is the first request for an extension of the deadline to commence the summary judgment motion process.

Currently, the deadline for the parties to commence the summary judgment motion process is December 15, 2023. However, the parties have engaged in good-faith settlement discussions and have a settlement conference scheduled for January 23, 2024 before Magistrate Judge Valerie Figueredo. Accordingly, in light of the parties' upcoming settlement conference, Defendant is requesting, upon consent, that the time to commence the summary judgment motion process is held in abeyance until a date after the January 23, 2024 settlement conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ *Kimberly N. Dobson*

Kimberly N. Dobson

KND/mw

In light of the upcoming settlement conference, the deadline for filing any dispositive motions is EXTENDED to **February 26, 2024**. Any response to such a motion is due **March 25, 2024** and reply thereto is due **April 15, 2024**.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 7, 2023
New York, New York

littler.com