

Phillips & Associates, Attorneys at Law, PLLC
585 Stewart Avenue, Suite 410
Garden City, New York 11530
Tel: (212) 248-7431
Fax: (212) 901-2107

February 14, 2024

**Via ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The deadline for any application to reopen the case is hereby EXTENDED to **March 7, 2024**.
>
> Dated: February 15, 2024
> New York, New York
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge

Re:   Ikida Searcy v. Battery Park City Authority
      Case No.: 21-cv-03725 (JGLC)

Your Honor:

My office represents Plaintiff in the above-referenced matter. I write, in accordance with Rule 2.e. of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request an extension of time, from February 22, 2024 to March 7, 2024, for the parties to apply to re-open this case and/or for the parties to notify the Court whether they wish for the Court to retain jurisdiction to enforce their settlement agreement. This is the first request of its kind. Defendant consents to the within application. There are no other scheduled appearances or deadlines in this matter.

The parties have agreed upon all material terms to the settlement agreement but need additional time to finalize their written settlement agreement. In addition, the undersigned will be overseas from February 16, 2024 through February 25, 2024, during which time the parties must apply to re-open this case and/or notify the Court whether they wish for the Court to retain jurisdiction. The requested extension should provide the parties with sufficient time to finalize the settlement agreement and then execute the agreement.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully Submitted,

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC

___*s/ William K. Oates*_____
William K. Oates
woates@tpglaws.com

cc: All counsel of record (via ECF)