**MEMO ENDORSED**



Phillips & Associates, Attorneys at Law, PLLC
585 Stewart Avenue, Suite 410
Garden City, New York 11530
Tel: (212) 248-7431
Fax: (212) 901-2107

March 5, 2024

**Via ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*The deadline for any application to reopen the case is hereby EXTENDED to **March 21, 2024**.*

*Dated: March 6, 2024*
*New York, New York*

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re:   Ikida Searcy v. Battery Park City Authority
      Case No.: 21-cv-03725 (JGLC)

Your Honor:

My office represents Plaintiff in the above-referenced matter. I write, in accordance with Rule 2.e. of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request an extension of time, from March 7, 2024 to March 21, 2024, for the parties to apply to re-open this case and/or for the parties to notify the Court whether they wish for the Court to retain jurisdiction to enforce their settlement agreement. This is the second request of its kind. The Court granted Plaintiff's first request. Defendant consents to the within application. There are no other scheduled appearances or deadlines in this matter.

The parties have agreed upon all material terms to the settlement agreement and are in the process of exchanging drafts of a proposed settlement agreement. However, the parties need additional time to finalize their written settlement agreement. The requested extension should provide the parties with sufficient time to finalize and execute the settlement agreement.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully Submitted,

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC

___*s/ William K. Oates*_____
William K. Oates

cc: All counsel of record (via ECF)