**MEMO ENDORSED**



Phillips & Associates, Attorneys at Law, PLLC
585 Stewart Avenue, Suite 410
Garden City, New York 11530
Tel: (212) 248-7431
Fax: (212) 901-2107

March 28, 2024

**Via ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Ikida Searcy v. Battery Park City Authority
               Case No.: 21-cv-03725 (JGLC)

Your Honor:

      My office represents Plaintiff in the above-referenced matter. I write, in accordance with Rule 2.e. of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request an extension of time, from April 1, 2024 to April 12, 2024, for the parties to apply to re-open this case and/or for the parties to notify the Court whether they wish for the Court to retain jurisdiction to enforce their settlement agreement. This is the fourth request of its kind. The Court granted Plaintiff's first three requests. Defendant consents to the within application. There are no other scheduled appearances or deadlines in this matter.

      The parties have agreed upon all material terms to the settlement agreement and have exchanged several drafts of a proposed settlement agreement. The undersigned is waiting for Defendant to approve the last round of changes. The requested extension should provide the parties with sufficient time to finalize and execute the settlement agreement.

      Plaintiff thanks the Court for its time and consideration of this matter.

      Respectfully Submitted,

      PHILLIPS & ASSOCIATES,
      ATTORNEYS AT LAW, PLLC

      ___*s/ William K. Oates*___
      William K. Oates

cc: All counsel of record (via ECF)

The deadline for any application to reopen the case is hereby EXTENDED to **April 12, 2024**.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 29, 2024
      New York, New York