



Phillips & Associates, Attorneys at Law, PLLC
45 Broadway, Suite 430
New York, New York 10006
Tel: (212) 248-7431
Fax: (212) 901-2107

April 10, 2024

**Via ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Ikida Searcy v. Battery Park City Authority
                Case No.: 21-cv-03725 (JGLC)

Your Honor:

      My office represents Plaintiff in the above-referenced matter. I write, in accordance with Rule 2.e. of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request an extension of time, from April 12, 2024 to April 29, 2024, for the parties to apply to re-open this case and/or for the parties to notify the Court whether they wish for the Court to retain jurisdiction to enforce their settlement agreement. This is the fifth request of its kind. The Court granted Plaintiff's first four requests. Defendant consents to the within application. There are no other scheduled appearances or deadlines in this matter.

      The parties have agreed upon all material terms to the settlement agreement and have exchanged several drafts of a proposed settlement agreement. The undersigned is still waiting for Defendant to approve the last round of changes. The delay in this case stems from a personnel change at BPCA requiring another individual at BPCA to get up to speed on the case and settlement negotiations to date. The requested extension should provide the parties with sufficient time to finalize and execute the settlement agreement.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully Submitted,

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC

___*s/ William K. Oates*___
William K. Oates

cc: All counsel of record (via ECF)

The deadline for any application to reopen the case is hereby EXTENDED to **April 29, 2024**.

The Clerk of Court is directed to terminate ECF No. 58.

SO ORDERED.

*[signature: Jessica Clarke]*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 11, 2024
      New York, New York