

Littler Mendelson, PC
290 Broadhollow Road
Suite 305
Melville, NY  11747

May 7, 2024

Kimberly N. Dobson
631.247.4734 direct
631.247.4700 main
kdobson@littler.com

**VIA ECF**
Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, New York 10007

Re: **Searcy v. Battery Park City Authority**
**Case No.: 21-cv-3725 (JGLC)**

Dear Judge Clarke:

We represent Defendant Battery Park City Authority in the above-referenced matter.  We write, jointly with counsel for Plaintiff, to respectfully request a brief adjournment of the conference scheduled for tomorrow, Wednesday, May 8, 2024 at 12:00 p.m.

The parties have been working diligently to resolve the remaining terms of the settlement agreement including multiple e-mails and conversations between counsel.  This evening, the parties reached an agreement on virtually all terms. The only remaining provision is related to procedural mechanisms necessary to effectuate one of the settlement terms.  We are seeking this additional time for Defendant to continue its due diligence to confirm what is necessary for same.  We anticipate having the agreement signed within the next week and will advise the Court as soon as it is fully executed.

As we just reached an agreement this evening on virtually all terms, the parties were unable to submit this request until now and apologize for the late timing of this request. In the alternative, should Your Honor decide that the conference should continue as scheduled tomorrow, I respectfully request that the conference occur via telephone, if possible.

We appreciate your courtesy and consideration of this request.

Respectfully Submitted,
LITTLER MENDELSON, P.C.

*/s/ Kimberly N. Dobson*
Kimberly N. Dobson

cc: All counsel of record (*via ECF*)

The conference scheduled for May 8, 2024 at 12:00 p.m. is ADJOURNED *sine die*. The parties shall file a status letter regarding settlement no later than **May 17, 2024**.

The Clerk of Court is directed to terminate ECF No. 63.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 8, 2024
New York, New York